**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1662**

———————

In Re: ANTHONY DELBERT ENNIS,

Debtor.

———————————

RICHARD ELDER,

Appellant,

versus

ANTHONY DELBERT ENNIS,

Debtor - Appellee,

and

NANCY L. SPENCER GRIGSBY,

Trustee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-03-635-8-AW)

———————

Submitted:  August 28, 2003      Decided:  September 3, 2003

———————

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

---

Richard Elder, Appellant Pro Se.  John R. Garza, GARZA, REGAN & ROSE, P.C., Rockville, Maryland, for Appellee; Nancy L. Spencer Grigsby, Trustee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Elder appeals the district court's orders:  (1) affirming the bankruptcy court's orders denying Elder leave to file certain documents; and (2) denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Elder v. Ennis, No. CA-03-635-8-AW (D. Md. Feb. 5, 2003; Apr. 29, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED